IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DUANE MILLER, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 14-347 |
| | ) | |
| EEOC Pittsburgh Area Office, | ) | |
| Defendant. | ) | |

## O R D E R

AND NOW, this 23rd day of April, 2014, after the plaintiff, Duane Miller, filed an

action in the above-captioned case, after a Report and Recommendation was filed by the United

States Magistrate Judge granting the plaintiff a period of time after being served with a copy to

file written objections thereto, and upon consideration of the objections filed by the plaintiff and

upon consideration of the Magistrate Judge's Report and Recommendation (ECF No. 6), which

is adopted as the opinion of this Court,

IT IS ORDERED the complaint is dismissed for failure to state a claim upon

which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(ii).

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of

Appellate Procedure if the plaintiff desires to appeal from this Order he must do so within thirty

(30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

Mark R. Hornak
United States District Judge

cc: Duane Miller
#8 Sharon Court
Pittsburgh, PA 15235